United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FITZGERALD,<br>Plaintiff,<br>v.<br>TIBURON POLICE DEPARTMENT,<br>Defendant. | Case No. 26-cv-13861-SK<br><br>**SUA SPONTE ORDER OF REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Araceli Martinez-Olguin to determine whether it is related to *Fitzgerald v. Tiburon Police Department*, Case No. 26-cv-6929-AMO.

**IT IS SO ORDERED**.

Dated: November 19, 2026

SALLIE KIM
United States Magistrate Judge